**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | | |
|---|---|---|
| United States of America, | ) | CR 05-1351-2-PHX-JAT |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | |
| | ) | |
| Colin E Sherwood, | ) | **ORDER** |
| | ) | |
| Defendant. | ) | |
| | ) | |

A revocation hearing on the Petition to Revoke Pretrial Release was held on March 31, 2006.

**THE COURT FINDS** that by clear and convincing evidence that the Defendant has violated the terms and conditions of his release by failing to submit to drug testing as directed and failing to report to Pretrial Services as directed.

**THE COURT FURTHER FINDS** that there is probable cause to believe that the Defendant possessed and used marijuana in January and February, 2006 by testing positive for marijuana usage. Possession and use of marijuana is a Class 6 felony under Arizona law. A.R.S. § 13-3405(A) and (B).

**THE COURT FURTHER FINDS** that it is unlikely that the Defendant is willing and able to comply with all release conditions, cooperate with and report to Pretrial Services, or abstain from illicit drug usage.

1 **IT IS ORDERED** that the Defendant shall be detained pending further order of the
2 Hon. James A. Teilborg.

3 DATED this 5th day of April, 2006.

*Lawrence O. Anderson*
Lawrence O. Anderson
United States Magistrate Judge