WO

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America,  )<br>       Plaintiff,  )<br>vs.  )<br>Colin Everton Sherwood,  )<br>       Defendant.  )<br>_____ ) | CR 05-1351-002-PHX-JAT<br><br>**<u>ORDER</u>** |

A detention hearing on the Petition on Supervised Release was held on January 12, 2007.

**THE COURT FINDS** that the Defendant has knowingly, intelligently, and voluntarily waived his right to a preliminary revocation hearing.

**THE COURT FURTHER FINDS** that the Defendant has failed to sustain his burden of proof by clear and convincing evidence pursuant to Rule 32.1(a)(6), FED.R.CRIM.P., that he is not a flight risk. <u>United States v. Loya</u>, 23 F.3d 1529 (9th Cir. 1994).

**IT IS ORDERED** that the Defendant shall be detained pending further order of the court.

DATED this 18th day of January, 2007.

Lawrence O. Anderson
United States Magistrate Judge